In re State of Louisiana; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. I, No. 511-923; to the Court of Appeal, Fourth Circuit, No. 2013-K-0318.
Writ granted. We find no clear abuse of the trial court’s broad discretion in ruling on the motion for a continuance. La. C.Cr.P. art. 712; State v. Reeves, 06-2419, p. 73 (La.5/5/09), 11 So.3d 1031, 1078; State v. Ordonez, 395 So.2d 778, 782 (La.1981).
JOHNSON, C.J., would deny the writ.
HUGHES, J., concurs in the granting of the writ.